

BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 6331 RIVERSIDE BLVD., SACRAMENTO, CA. | S.W. NO. 2:12-SW-304 DAD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT; ORDER |

The search warrant in the above-captioned proceeding was executed on June 11, 2012. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: 6/11/12

By: RICHARD J. BENDER
Assistant United States Attorney

O-R-D-E-R

It is so ORDERED,
this 1̶2̶th day of June, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge

1